IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

GARETH LEE NORTHWAY
Plantiff

v

NORTHWAY VILLAGE COUNCIL

RECEIVED
NOV 18 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## AFFIDAVIT BY CITIZEN OF THE UNITED STATES OF AMERICA

I, Gareth Northway, do declare, certify, state and affirm under penalty of pergury that the foregoing facts are true and correct to the best of my knowledge and I was not threatened promised or coerced into making this affidavit. I make this affidavit in the interest of justice of my own free will and sound mind. Northway's home was taken apart by Northway village council before they bought the property and did not repair it when the sale did not go through, due to the promised $250,000.00 price was not full filled. And in 2020 the public dump owned by the Northway village council started a Forest Fire that Destroyed Northway's 160 acre parcel and did not pay Northway for devaluing his land, now asking For $1,000,000.00 dollars For Emotional and Financial Distress and $250,000.00 For breach of contract coming too $1,250,000.00 dollars.

___11-10-25___
Date

___[signature]___
Signature of affiant

Subscribed and affirmed before me this day in Fairbanks, Alaska on __Nov__ / __10__ / __2025__.

( SEAL )

[signature]
Notary Public or other person authorized to administer oaths with office.

___with office___
Comm expires

